IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY M. HINES, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:09-cv-1026-MEF |
| | ) |
| JEB BLACKWELL, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

On November 23, 2009, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That plaintiff's claims are DISMISSED as to the individual defendant, Jeb Blackwell.

DONE this the 10th day of December, 2009.

                                                /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE